**Rule 1915.15. Form of Complaint. Caption. Order. Petition to Modify a Custody Order.**

* * *

(b)     A petition to modify a custody order shall be in substantially the following form:

(Caption)

PETITION FOR MODIFICATION OF A CUSTODY ORDER

1.      **Petitioner is** _____ **and resides at** _____.

2.      **Respondent is** _____ **and resides at** _____.

**[1.     The petition of** _____**]3.          Petitioner** respectfully represents that on _____, 20__ an Order of Court was entered for (shared legal custody) (sole legal custody) (partial physical custody) (primary physical custody) (shared physical custody) (sole physical custody) (supervised physical custody)**[, a]. A** true and correct copy of **[which]the Order** is attached.

**[2]4**.   This Order should be modified because: _____ _____

**[3]5**.   Petitioner has attached the Criminal Record/Abuse History Verification form required pursuant to Pa.R.C.P. No. 1915.3-2.

WHEREFORE, Petitioner requests that the Court modify the existing Order because it will be in the best interest of the child(ren).

_____
(Attorney for Petitioner) (Petitioner)

I verify that the statements made in this petition are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

_____ _____
Date                                                           Petitioner

* * *